# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

DEVIN GREGORY ROOPES
FL DOC #C06445,

    Plaintiff,

v.                            Case No. 1:19-cv-186-AW-GRJ

BARRAK OBAMA, et al.,

    Defendants.
_____/

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation dated October 3, 2019. ECF No. 5. No objections have been filed. Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

It is now ordered:

1. The Magistrate Judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this Order.

2. The Complaint, ECF No. 1, is DISMISSED as frivolous and for failing to state a claim.

3. The Clerk is directed to close the file.

SO ORDERED on December 4, 2019.

                                          s/ *Allen Winsor*
                                          United States District Judge